Dismissed and
Memorandum Opinion filed September 16, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00446-CV

____________

 

DAMON OWENS, Appellant

 

V.

 

PHARIA L.L.C., Appellee

 



 

On Appeal from the County Court at Law No. 2 &
Probate Court

Brazoria County, Texas

Trial Court Cause No. C1041645

 

 

 



M E M O R
A N D U M  O P I N I O N

            This is an appeal from a judgment signed February 16, 2010. 
The clerk’s record was filed on June 8, 2010.  No reporter’s record was filed. 
No brief was filed.

            On July 29, 2010, this court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before, August 26, 2010, the court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P.
42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Frost, and Brown.